(No. 5956-

Edwin J. Dvorak, Sr., Claimant, vs. State of Illinois, Respondent.

*Opinion filed February 18, 1971.*

Richard F. McPartlin, Attorney for Claimant.

William J. Scott, Attorney General.

Perlin, C.J.

This matter coming to be heard on the joint stipulation of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That claimant shall be awarded the sum of $5,215.80 in full satisfaction of all claims against the State of Illinois resulting from his suspension from the Illinois State Police;

2. That claimant is herewith authorized to pay into the Illinois State Retirement System an amount equal to 8% of the back salary he would have received had he worked from the date of July 3, 1962, through April 24, 1967;

3. That the Illinois State Retirement System shall accept said payment, and retroactively award claimant a pension commensurate with the amount of his total payment into the retirement fund.